**Order entered February 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00237-CV

### IN RE EDWARD W. MANDEL AND IGOR SHABANETS, Relators

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00519-2013**

## ORDER
### Before Justices Bridges, Evans, and Lewis

The Court has before it relators' petition for writ of mandamus. The Court requests that

real party in interest and respondent file any responses by March 4, 2013.


        /s/     DAVID L. BRIDGES
                JUSTICE